**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

Carnegie Entertainment, LLC d/b/a Jamdown Records,

Plaintiff,

vs

K-tel International (USA), Inc.,

Defendant.

Court File No. CV-01-251 MJD/SRN

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

TO: The United States District Court for the District of Minnesota, Minneapolis, Minnesota

IT IS STIPULATED by the parties, through their undersigned attorneys, that the time within which the Defendant will answer or otherwise respond to the Complaint may be extended to March 8, 2001.

DATED: March 1, 2001.

**BRIGGS AND MORGAN, P.A.**

By [signature]
Paul C. Thissen (#241416)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEY FOR
K-TEL INTERNATIONAL (USA), INC.**

FILED MAR - 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: March 3, 2001.

**ZELLE, HOFFMAN, VOELBEL, MASON & GETTE, LLP**

Chad A. Snyder
Michael R. Cashman
33 South Sixth Street
City Center, Suite 4400
Minneapolis, MN 55402
(612) 339-2020

**ATTORNEY FOR CARNEGIE ENTERTAINMENT, INC.**

**IT IS HEREBY ORDERED:**

Exercising its authority under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court extends the time within which the Defendant shall answer or otherwise respond to the Plaintiff's Amended Complaint through March 8, 2001.

Dated: March 8, 2001

Susan Richard Nelson
United States ~~District Court~~ Magistrate Judge